IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. DNCW3:99CR154-4 |
| Plaintiff, ) | (Financial Litigation Unit) |
| ) | |
| v. ) | |
| ) | |
| DWAYNE LAMONT THOMPSON, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| INDUSTRIAL ELECTRIC, INC., ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT PURSUANT TO 28 U.S.C. § 3205

Plaintiff, the United States of America, makes application in accordance with 28 U.S.C. § 3205 to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the Judgment entered against Defendant, Dwayne Lamont Thompson, Social Security Number ▉▉▉-3206, whose last known address is: ▉▉▉▉▉▉▉▉, Charlotte, NC ▉▉▉. Judgment in the above-captioned matter was entered on August 8, 2000 (Doc. No. 79) in favor of the United States against Defendant for recovery of the Judgment amount of $47,965.25 for an assessment, fine, and/or restitution. The Clerk of Court total balance due as of September 23, 2024, is $26,364.50.

Demand for payment of the above-stated debt was made upon Defendant on June 28, 2017. Not less than thirty (30) days has elapsed since demand on Defendant for payment of the debt was made, and Defendant has failed to satisfy the debt.

1

Garnishee, Industrial Electric, Inc., is believed to owe or will owe money or property to Defendant, or is in possession of property of Defendant, and said property is a substantial nonexempt interest of Defendant. The name and address of Garnishee, or the authorized agent, is:

INDUSTRIAL ELECTRIC, INC.
ATTN: PAYROLL
1445 BROOKVILLE WAY, SUITE Q
INDIANAPOLIS, IN 46239

Dated: September 23, 2024

DENA J. KING
UNITED STATES ATTORNEY

/s/ Julia A. Park
Assistant United States Attorney
Pa. Bar No. 323684
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Telephone: 704-344-6222
Fax: 704-227-0255
Email: Julia.Park@usdoj.gov